IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MATTHEW IVESTER,<br><br>    Plaintiff,<br><br>    v.<br><br>BROOKS BENTON, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 4:21-cv-238 |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. (Doc. 10.) Plaintiff did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's 42 U.S.C. § 1983 claims against the Georgia Department of Corrections and his Americans with Disabilities Act ("ADA") claims against Defendants Ward, Benton, and Jones. Plaintiff's Eighth Amendment claims against Defendants Ward, Benton, Jones, and Lt. Name Unknown and his ADA claims against the Georgia Department of Corrections remain pending. (Doc. 11.)

**SO ORDERED**, this 11th day of February, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA