AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MATTHEW IVESTER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:21-cv-238

GEORGIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated February 9, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendant's motion to dismiss is granted, this case is dismissed without prejudice, and this civil action stands closed. Plaintiff is denied leave to appeal in forma pauperis.

Approved by: _____



February 24, 2023  
**Date**

John E. Triplett, Clerk of Court  
**Clerk**

_____  
**(By) Deputy Clerk**

GAS Rev 10/2020